O

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BRENT JAGODNIK,<br><br>    Defendant. | Case No. SACR 09-00231 DOC<br><br>ORDER OF DETENTION<br><br>[Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable David O. Carter, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of adequate bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1 | B.   (X)   The defendant has not met his burden of establishing by clear and convincing
2 | evidence that he is not likely to pose a danger to the safety of any other person
3 | or the community if released under 18 U.S.C. § 3142(b) or (c). This finding
4 | is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further proceedings.

Dated: April 3, 2012

　　　　　　　　　　　　　/s/   Arthur Nakazato
　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE